**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TEXAS**

CLOVIS MCQUEEN,                          §
                                         §
       Plaintiff,                     §
                                         §
*versus*                                 §      CIVIL ACTION NO. 1:24-CV-327
                                         §
STEELE CORPORATION, *et al.*,            §
                                         §
       Defendants.                    §

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

      Plaintiff Clovis McQueen, an inmate confined at the Jefferson County Correctional Facility, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action for failing to state a claim and declining the exercise of supplemental jurisdiction. To date, the parties have not filed objections to the report.

      The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

      Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

      SIGNED at Beaumont, Texas, this 8th day of November, 2024.

                           *Marcia A. Crone*
                              MARCIA A. CRONE
                       UNITED STATES DISTRICT JUDGE